RECEIVED
2007 APR 16 A 9: 40
A. P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# PETITION UNDER 28 U.S.C. $ 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

United States District Court

District: Middle District of Alabama, Northern Division

2:07-CV-327-ID

Name (under which you were convicted):   Docket or Case No:

Jovito Bebmarcus White, Montgomery County, Alabama Circuit Court   CC-2002-0749

Place of Confinement:   Prisoner No.: AIS 230417
Draper Correctional Facility
PO Box 1107, Elmore, AL 36025

Petitioner                    Respondent

Jovito Bebmarcus White    v.  State of Alabama

The Attorney General of the State of Alabama, Honorable Troy King

## PETITION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

Montgomery County Circuit Court, 251 S. Lawerence St., Montgomery, AL 36104

(b) Criminal docket or case number (if you know): CC-2002-0749

2. (a) Date of judgment of conviction (if you know): 6-16-03

(b) Date of sentencing: 7-24-03

3. Length of sentence: 20 years in the Department of Corrections.

4. In this case, were you convicted on more than one count or of more than one crime?  Yes [] No [X]

5. Identify all crimes of which you were convicted and sentenced in this case:
Robbery in the First Degree

6. (a) What was your plea? (Check one)
   (1) Not guilty []   (3) Nolo contendere (no contest) []
   (2) Guilty [X]      (4) Insanity plea []

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead not guilty to?  N/A

   (c) If you went to trial, what kind of trial did you have? (Check one)
   Jury []   Judge only []

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes []   No [X]

8. Did you appeal from the judgment of conviction?
   Yes []   No [X]

9. If you did appeal, answer the following:  N/A

   (a) Name of court: ----------------------------------------------------

   (b) Docket or case number (if you know): ------------------------------

   (c) Result: -----------------------------------------------------------

   (d) Date of result (if you know): -------------------------------------

   (e) Citation to the case (if you know): -------------------------------

   (f) Grounds raised: ---------------------------------------------------

   (g) Did you seek further review by a higher state court? Yes [] No [X]

   If yes, answer the following:

   (1) Name of court: ----------------------------------------------------

   (2) Docket or case number (if you know): ------------------------------

   (3) Result: -----------------------------------------------------------

   (4) Date of result (if you know): -------------------------------------

(5) Citation to the case (if you know): ----------------------------------

(6) Grounds raised: --------------------------------------------------

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes [] No [X]

If yes, answer the following:

(1) Docket or case number (if you know): -------------------------------

(2) Result: ---------------------------------------------------------

(3) Date of result (if you know): ---------------------------------------

(4) Citation to the case (if you know): ----------------------------------

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? Yes [X] No []

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court: Montgomery County Alabama Circuit Court

(2) Docket or case number (if you know): CC-2002-749

(3) Date of filing (if you know): 10-24-06

(4) Nature of proceeding: *Pro Se* Motion for Modification of Sentence

(5) Grounds raised: Petitioner pointed out to the court the numerous steps he had made towards rehabilitation and accepted responsibility for his actions asking for his sentence to be reduced.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No [X]

(7) Result: Denied

(8) Date of result (if you know): Unsure

(b) If you filed any second petition, application or motion give the same information: N/A

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No []

(7) Result: ------------------------------------------------------------

(8) Date of result (if you know): ------------------------------------

(c) If you filed any third petition, application, or motion, give the same information: N/A

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of proceeding: N/A

(5) Grounds raised: ----------------------------------------------------

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No []

(7) Result: ------------------------------------------------------------

(8) Date of result (if you know): ------------------------------------

(d) Did you appeal to the highest state court having jurisdiction over the

action taken on your petition, application, or motion?

(1) First petition: Yes [] No [X]
(2) Second petition: Yes [] No []
(3) Third petition: Yes [] No []

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Petitioner was unaware of his legal rights as he had no legal representation.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:

Petitioner believes he was deprived of effective assistance of counsel because he was never informed by trial counsel of his appellate rights nor was informed of the possibility that he could file a motion to reconsider his sentence and/or file a motion to alter/amend/or vacate his sentence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner feels his claims are supported and evidenced by the fact that he has taken no timely action on his case due to the fact he has no legal training, education, or experience.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Petitioner was unaware of his legal rights as he had no legal representation.
Petitioner avers that his trial lawyer never informed him of his appellate rights nor of the fact that he could have petitioned the court within thirty days of sentencing to alter/amend/or vacate the imposed sentence.

(c) Direct Appeal of Ground One:

  (1) If you appealed from the judgment of conviction, did you raise this issue? Yes [] No []

  (2) If you did not raise this issue in your direct appeal, explain why:
  ----------------------------------------------------------------------

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No [X]

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: ----------------------------------------

  Name and location of the court where the motion or petition was filed:
  ----------------------------------------------------------------------

  Docket or case number (if you know): -------------------------------

  Date of the court's decision: --------------------------------------

  Result (attach a copy of the court's opinion or order, if available): ----
  ----------------------------------------------------------------------

  (3) Did you receive a hearing on your motion or petition? Yes [] No []

  (4) Did you appeal from the denial of your motion or petition?
  Yes [] No []

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: ---------------

  Docket or case number (if you know): -------------------------------

Date of the court's decision: ------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
--------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ---------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: None

GROUND TWO: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------

(c) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue? Yes [] No []

   (2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: ---------------------------------------

   Name and location of the court where the motion or petition was filed:
   --------------------------------------------------------------------

Docket or case number (if you know): ------------------------------------

Date of the court's decision: ---------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------

Docket or case number (if you know): ------------------------------------

Date of the court's decision: ---------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: ---------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ------------------------------------------------

GROUND THREE: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): -----------------------------------------------

(b) If you did not exhaust your state remedies on Ground Three, explain why:
------------------------------------------------------------------

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [] No []

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ----------------------------------------------

Name and location of the court where the motion or petition was filed:
------------------------------------------------------------------------

Docket or case number (if you know): -------------------------------------

Date of the court's decision: --------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
------------------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------
------------------------------------------------------------------------

Docket or case number (if you know): -------------------------------------

Date of the court's decision: --------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
----------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ----------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ------------------------------------------------
----------------------------------------------------------------------

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ----------------------------------------------

(b) If you did not exhaust your state remedies on Ground Three, explain why:
----------------------------------------------------------------------

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?  Yes [] No []

(2) If you did not raise this issue in your direct appeal, explain why:
----------------------------------------------------------------------

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ------------------------------------------

Name and location of the court where the motion or petition was filed:
----------------------------------------------------------------------

Docket or case number (if you know): ---------------------------------

Date of the court's decision: ----------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
--------------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ----------------
--------------------------------------------------------------------

Docket or case number (if you know): -------------------------------------

Date of the court's decision: -------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
--------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: -----------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: --------------------------------------------

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?
Yes [] No [X]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

Petitioner believes he was deprived of effective assistance of counsel because he was never informed by trial counsel of his appellate rights nor was informed of the possibility that he

could file a motion to reconsider his sentence and/or file a motion to alter/amend/or vacate his sentence.

   (b) Is there any ground in this petition that has not been presented in
   some state or federal court? If so, which ground or grounds have not
   been presented, and state your reasons for not presenting them:

Yes, Ground One has not previously been presented to any court as the Petitioner was oblivious to his rights, legal options, and was indigent and without the ability to retain counsel of his own.

14. Have you previously filed any type of petition, application, or motion in
    a federal court regarding the conviction that you challenge in this
    petition? Yes [] No [X]

    If "Yes," state the name and location of the court, the docket or case
    number, the type of proceeding, the issues raised, the date of the court's
    decision, and the result for each petition, application, or motion filed.
    Attach a copy of any court opinion or order, if available. ----------------

15. Do you have any petition or appeal now pending (filed and not decided yet)
    in any court, either state or federal, for the judgment you are
    challenging? Yes [] No [X]

    If "Yes," state the name and location of the court, the docket or case
    number, the type of proceeding, and the issues raised. --------------------

16. Give the name and address, if you know, of each attorney who represented
    you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Honorable Richard Keith

    (b) At arraignment and plea: Honorable Vicky Toles

    (c) At trial: N/A

    (d) At sentencing: Honorable Vicky Toles

    (e) On appeal: N/A

(f) In any post-conviction proceeding: None

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [] No [X]

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

   (b) Give the date the other sentence was imposed: N/A

   (c) Give the length of the other sentence: N/A

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes [] No []

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. $ 2244(d) does not bar your petition.*

The Petitioner is filing this untimely Petition due to the fact he has been unaware and oblivious to his legal rights and time constraints due to a lack of representation.

Therefore, petitioner asks that the Court grant the following relief: Reverse his conviction with appropriate orders to the trial court on how to proceed or any other relief to which petitioner may be entitled.

Robert Troy Teague (TEA012)
906 S. Perry St., Suite 201
Montgomery, AL 36104
334-834-5553

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on the 13th day of April 2007.

Executed (signed) on 4-5-07 (date).

_____Joints B. White #230417_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. N/A

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.