IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOVITO BEBMARCUS WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | 2:07-CV-327-ID |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ANSWER

Come the Respondents, by the Attorney General for the State of Alabama, and, in response to the Court's April 20, 2007, Order to show cause why the relief requested by Jovito Bebmarcus White (hereinafter "White") should not be granted, state that this federal habeas petition is untimely, based on Title 28 U.S.C. §2244(d)(1), and should be dismissed on this basis. In support of this response, Respondents submit the following.

## PROCEDURAL HISTORY

On June 16, 2003, White pleaded guilty in the Montgomery County Circuit Court (Alabama) to first-degree robbery. On July 24, 2003, the judge sentenced White to twenty years' imprisonment. (See Exhibit A, p. 4.) White did not appeal

his conviction. (See White's petition, page 2.) More than three years later, White filed a "Motion for Modification/Amended Sentence" in the Montgomery County Circuit Court. (See Exhibit A, p. 4 and White's petition page 3.)

On April 16, 2007, White filed the instant petition for a writ of habeas corpus, under Title 28 U.S.C. §2254, attacking his first-degree robbery conviction. According to White, the conviction is due to be set aside because: "Petitioner believes he was deprived of effective assistance of counsel because he was never informed by trial counsel of his appellate rights nor was he informed of the possibility that he could file a motion to reconsider his sentence and/or file a motion to alter/amend/or vacate his sentence". (White's petition, page 5.)

## STATUTE OF LIMITATION

This federal habeas petition is barred because it was not filed within the one-year statute of limitation set out in Title 28 U.S.C. §2244(d)(1) (1996). Section 2244(d), as amended by the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"), provides that:

> (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of --
>
> > (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

2

> (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>
> (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>
> (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
>
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Only one of the four dates in Section 2244 (d)(1) applies in White's case, and that is "the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review". *See* 28 U.S.C. §2244(d)(1)(A).

As previously noted, White was convicted of first-degree robbery on June 16, 2003, and on July 24, 2003, was sentenced for the crime. He did not appeal the conviction, however, although he had forty-two days in which to do so. See Ala. R. App. P. 4(b) (in criminal cases notice of appeal must be filed within 42 days after pronouncement of sentence). Nevertheless, at the end of this forty-two day period, "the expiration of the time for seeking such review", see Section

2244(d)(1), White's first-degree robbery conviction became final for purposes of federal habeas review. White then had one year from this date, specifically until September 4, 2004, to file his federal habeas petition attacking the conviction. Instead, White waited more than two years after this date, specifically April 16, 2007, to file his federal habeas petition. This was too late however.

Admittedly, the one-year statute of limitation is tolled during the time that a "properly filed" state post-conviction petition is pending. 28 U.S.C. §2244(d)(2). White, however, cannot benefit from this tolling provision. Even assuming that White's "Motion for Modification/Amended Sentence"[1] can be considered a state post-conviction petition within the meaning of Section 2244(d)(2), White filed the motion on October 24, 2006, well after the one-year statute of limitation had expired.[2] And "once a deadline has expired, there is nothing left to toll. A state court filing after the federal habeas filing deadline does not revive it." *Sibley v. Culliver*, 377 F.3d 1196, 1204(11th Cir. 2004), citing *Moore v. Crosby*, 321 F.3d 1377, 1381 (11th Cir.2003). Accordingly, because there was no statute of limitation to toll on October 24, 2006, when White filed his motion to reconsider

---

[1] It also is important to note that White admits that he did not raise the claim that he raises in this federal habeas proceeding in his "Motion for Modification of Sentence". (See White's petition pages 3 and 6.)

[2] Based on state court records, White did not file a standard post-conviction petition under Rule 32 of the Alabama Rules of Criminal Procedure. In any event, in order to have tolled the Section 2244(d) statute of limitation the petition needed to have been filed before September 4, 2004, when the statute of limitation was due to expire.

sentence in state court, the statute of limitation had expired when White filed the instant federal habeas petition.

## CONCLUSION

Therefore, White's federal habeas petition is time-barred because it was filed outside the one-year statute of limitation and it should be dismissed on this basis.

## EXHIBIT

A –   Computer printout showing proceedings in White's first degree robbery prosecution in Montgomery County Circuit Court (CC 02-749).

           Respectfully submitted,

           TROY KING, ASB #KIN047
           *Attorney General*
           By-

           /s/Robin D. Scales
           *Assistant Attorney General*
           Robin D. Scales
           ID #BLE002

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I electronically filed the foregoing (including Exhibit) with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Jovito Bebmarcus White, AIS# 230417, P.O. Box 1107, Elmore, AL  36503-4000</u>.

                Respectfully submitted,

                /s/Robin D. Scales (BLE002)
                Robin D. Scales (BLE002)
                Office of the Attorney General
                Alabama State House
                11 South Union
                Montgomery, AL  36130-0152
                Telephone: (334) 242-7300
                Fax: (334) 242-2848
                E-Mail: rscales@ago.state.al.us

263320/107889-001

## ALABAMA SJIS CC/DC CASE DETAIL

OFFICE   PREPARED FOR: ROBIN SCALES


alacourt.com

County: 03   Case Number: CC-2002-000749.00   Charge   ROB1
Name: WHITE JOVITO BEBMARCUS

### Case

#### Case Information
| | | | |
|---|---|---|---|
| County: 03 - MONTGOMERY | Case Number: CC-2002-000749.00 | JID: J-H HON. JOHNNY HARDWICK | DEF status: J Jail |
| Filed: 06/12/2002 | AAGCY: S State | Muni N°: 00 | City: |
| Arrest date: 02/15/2002 | Offe date: | ORI: 0030100 | Officer: |
| Indict date: 06/05/2002 | Grand jury: 583 | Atty 1: UND014A | Ticket N°: S |
| Tracking N°'s: GJ200206058300/0/0 | | | |
| Date: 07/24/2003 | Que: 001 | Time: 09:00 AM | Desc: SENT SENTENCING DKT/HE |

#### Defendant Information
| | | | |
|---|---|---|---|
| Name: WHITE JOVITO BEBMARCUS | Alias 1: | Alias 2: | |
| DOB: 02/27/1982 | SSN: 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 | Driv License N°: AL | |
| Height: 5'08" | Weight: 171 | Race/Sex: Black /M | Eyes/Hair: BRO/BLK |
| SID: AL0 | YDate: | AIS: | PR: 2003 005751 |
| Address 1: 419 OAKBROOK DRIVE | | Address 2: | |
| Zip: 36104 | City: MONTGOMERY | State: AL | Country: US |

#### Prosecutor & Atty Info
| | | |
|---|---|---|
| Prosecutor: | Attorney 1: UND014 A | Attorney 2: |
| Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag: |

#### Warrant Information
| | | |
|---|---|---|
| Warrant Date: -- | WARAC: -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

#### Charges
| | | | | |
|---|---|---|---|---|
| 1. Crime co: ROB1 | Statute: ROBBERY 1ST | Stat Name: 13A-008-041 | Class/Categ: F PE | Counts: 1 |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: N | Dom Viol: N | Case Type: F | Case Categ: PE | |
| Comment: | | | | |

#### Bonding Information
| | | |
|---|---|---|
| Bond amt: 30000.00 | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: | | Appeal Date: |

### Settings

#### Setting Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 07/24/2003 | 001 | 09:00 AM | SENT - SENTENCING DKT/HE |
| 2: | 06/16/2003 | | 09:00 AM | JTRL - JURY TRIAL |
| 3: | | | - | |
| 4: | | | - | |


EXHIBIT A

## Disposition

### Disposition

| | | | |
|---|---|---|---|
| CRT ACT: G Guilty plea | CA date: 06/16/2003 | Jury: | More: N |
| Charge 1: ROB1 ROBBERY 1ST | 13A-008-041    F A | Counts: 001 | CA: G 06/16/2003 |
| Charge 2: | | Counts: | CA: |
| Charge 3: | | Counts: | CA: |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N°: 0 | Dom Viol: N |
| Comment: | | | |
| Case Compl: N | Sent Prov: Y | Due: | |
| Warr: 0 | SUBP:   X SUBP: | Updated: 10/24/2006 | |

## Sentence - 03CC200200074900

### Sentence

| | | | |
|---|---|---|---|
| Sent: 07/24/2003 | Begin: 07/24/2003 | End: 0 | PRB Beg: |
| IMP CONF: 20 00 000 | SUSP CONF: 00 00 000 | Total Conf: 20 00 000 | Jail Cred: 00 00 525 |
| LICN Susp: 00 00 000 | Probation: 00 00 000 | PRB Rev: | |

### Monetary

| | | | | |
|---|---|---|---|---|
| X Cost: | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS: |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: 0 | ASU: |
| PREL: X | DRUG: | X RCUP: 250.00 | | |
| RES1: 0.00 | | RES2: 0.00 | | RES3: 0.00 |
| RES4: 0.00 | | RES5: 0.00 | | RES6: 0.00 |

### Confine

| | | | | | | |
|---|---|---|---|---|---|---|
| X PENT: | LIFE: | LWOP: | DEATH: | SPLIT: | BOOT: 0 | EMON: 0 |
| JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: 0 | |

### Programs

| | | | | | | |
|---|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: 0 | SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER: | DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

SEC/CUR:
Comment:
Bal Due:              Due:              CRO:              Updated:   Cost: 07/29/2003

© Alacourt.com   4/30/2007       3

## Case Action Summary - 03CC200200074900

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06/12/2002 | 2:12:00 | DOCK | NOTICE SENT: 06/12/2002 WHITE JOVITO BEBMARCUS | REG |
| 06/12/2002 | 10:25:10 | JUDG | ASSIGNED TO: (J-H) HON. JOHNNY HARDWICK    (AR01) | REG |
| 06/12/2002 | 10:25:11 | FILE | FILED ON: 06/12/2002          (AR01) | REG |
| 06/12/2002 | 10:25:12 | STAT | INITIAL STATUS SET TO: "J" - JAIL    (AR01) | REG |
| 06/12/2002 | 10:25:13 | ARRS | DEFENDANT ARRESTED ON: 02/15/2002    (AR01) | REG |
| 06/12/2002 | 10:25:14 | BOND | BOND SET AT: $30000.00         (AR01) | REG |
| 06/12/2002 | 10:25:15 | INDT | DEFENDANT INDICTED ON: 06/05/2002    (AR01) | REG |
| 06/12/2002 | 10:25:16 | FILE | CHARGE 01: ROBBERY 1ST/#CNTS: 001     (AR01) | REG |
| 06/12/2002 | 10:25:20 | DAT2 | SET FOR: APPOINTMENT OF COU ON 06/24/2002 AT 0200P | REG |
| 06/12/2002 | 10:28:41 | CASP | CASE ACTION SUMMARY PRINTED      (AR01) | REG |
| 06/18/2002 | 8:15:39 | TEXT | REQUEST FOR BOND REDUCTION | TOR |
| 06/27/2002 | 1:12:47 | ATY1 | ATTORNEY FOR DEFENDANT: FRITH STERLING V   (AR10) | REW |
| 07/03/2002 | 2:14:31 | TEXT | MOTION FOR EXTRAORDINARY EXPENSES | TOR |
| 07/03/2002 | 2:14:45 | TEXT | MOTION FOR PRODUCTION OF DISCOVERY | TOR |
| 08/01/2002 | 8:19:24 | TEXT | NOTICE OF DISCOVERY TO DEF...MOTION FOR DISCOVERY | TOR |
| 08/01/2002 | 8:19:25 | TEXT | BY THE STATE | TOR |
| 08/29/2002 | 4:10:20 | DAT1 | SET FOR: YOA DETERMINATION  ON 09/19/2002 AT 0900A | REG |
| 10/10/2002 | 12:03:58 | DAT1 | SET FOR:  STATUS CALL ON 11/21/2002 AT 0900A(AR10) | REG |
| 10/10/2002 | 12:03:59 | DAT2 | SET FOR: JURY TRIAL ON 12/09/2002 AT 0900A (AR10) | REG |
| 11/07/2002 | 1:45:51 | PRTY | PARTY ADDED  W002  J M BOWMAN          (AW21) | REW |
| 11/07/2002 | 1:46:00 | PRTY | PARTY ADDED  W003  C J BUTTERBAUGH     (AW21) | REW |
| 11/07/2002 | 1:46:30 | PRTY | PARTY ADDED  W004  BLANCHE CULPEPPER   (AW21) | REW |
| 11/07/2002 | 1:46:39 | PRTY | PARTY ADDED  W005  B G DOSS            (AW21) | REW |
| 11/07/2002 | 1:46:50 | PRTY | PARTY ADDED  W006  W D FAVOR           (AW21) | REW |
| 11/07/2002 | 1:47:13 | PRTY | PARTY ADDED  W007  J B                 (AW21) | REW |
| 11/07/2002 | 1:47:22 | PRTY | PARTY ADDED  W008  M P MYRICK          (AW21) | REW |
| 11/07/2002 | 1:47:43 | PRTY | PARTY ADDED  W009  LARRY SALMONS       (AW21) | REW |
| 11/07/2002 | 1:48:06 | PRTY | PARTY ADDED  W010  OTIS SALMONS        (AW21) | REW |
| 11/07/2002 | 1:48:16 | PRTY | PARTY ADDED  W011  J D SMITH           (AW21) | REW |
| 11/07/2002 | 1:48:41 | PRTY | PARTY ADDED  W012  BILL SUMMERS        (AW21) | REW |
| 11/07/2002 | 1:48:47 | PRTY | PARTY ADDED  W013  P B WELLS           (AW21) | REW |
| 11/07/2002 | 1:48:58 | PRTY | PARTY ADDED  W014  S E WILSON          (AW21) | REW |
| 11/07/2002 | 2:16:26 | SUBP | WITNESS SUBPOENA ISSUED            AWP24 | REW |
| 11/22/2002 | 2:18:09 | TEXT | REQUEST FOR A BOND REDUCTION | TOR |
| 12/13/2002 | 4:46:25 | ATY1 | ATTORNEY FOR DEFENDANT: KEITH RICHARD K    (AR10) | REW |
| 03/28/2003 | 7:50:40 | TEXT | MOTION TO WITHDRAW AS COUNSEL | TOR |
| 04/02/2003 | 3:11:51 | ATY1 | ATTORNEY FOR DEFENDANT: TOLES VICKY UNDERWOOD | REG |
| 04/02/2003 | 3:13:13 | DAT1 | SET FOR:  STATUS CALL ON 04/25/2003 AT 0900A(AR10) | REG |
| 04/02/2003 | 3:13:14 | DAT2 | SET FOR: JURY TRIAL ON 05/12/2003 AT 0900A (AR10) | REG |
| 04/09/2003 | 1:45:08 | SUBP | WITNESS SUBPOENA ISSUED            AWP24 | GAB |
| 04/30/2003 | 2:32:07 | DAT1 | SET FOR:  STATUS CALL ON 06/05/2003 AT 0900A(AR10) | REG |
| 04/30/2003 | 2:32:08 | DAT2 | SET FOR: JURY TRIAL ON 06/16/2003 AT 0900A (AR10) | REG |
| 05/09/2003 | 11:27:52 | SUBP | WITNESS SUBPOENA ISSUED            AWP24 | GAB |
| 05/09/2003 | 2:12:24 | SUBP | WITNESS SUBPOENA ISSUED TO W001 CPL BELLEFLEUR | GAB |
| 05/09/2003 | 4:13:50 | TEXT | MO FOR EXTRAORDINARY EXPENSES | TOR |
| 05/09/2003 | 4:13:56 | TEXT | MO FOR DISCOVERY | TOR |
| 05/09/2003 | 4:14:07 | TEXT | NOTICE OF APPEARANCE | TOR |
| 05/16/2003 | 10:24:38 | TEXT | NOTICE OF DISCOVERY TO DEF...MOTION FOR DISCOVERY | TOR |

© Alacourt.com  4/30/2007       4

| 05/16/2003 | 10:24:39 | TEXT | BY THE STATE | TOR |
| --- | --- | --- | --- | --- |
| 06/06/2003 | 3:35:14 | TEXT | MO TO SUPPRESS | TOR |
| 06/18/2003 | 2:08:42 | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: J-H | REG |
| 06/18/2003 | 2:08:43 | DAT1 | SET FOR: SENTENCING DKT/HE ON 07/24/2003 AT 0900A | REG |
| 06/18/2003 | 2:08:44 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 06/16/2003 | REG |
| 06/18/2003 | 2:08:45 | DISP | CHARGE 01: ROBBERY 1ST/#CNTS: 001         (AR10) | REG |
| 07/16/2003 | 2:27:11 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | REG |
| 07/18/2003 | 8:08:21 | PRTY | PARTY ADDED  W015  ATRENA ROBINSON       (AW21) | GAB |
| 07/18/2003 | 8:08:22 | ISSD | PARTY W015 ISSUED DATE: 05092003 TYPE:   (AW21) | GAB |
| 07/18/2003 | 8:08:43 | PRTY | PARTY ADDED  W016  CAROLYN HOWARD        (AW21) | GAB |
| 07/18/2003 | 8:09:05 | PRTY | PARTY ADDED  W017  NATALIE HOWARD        (AW21) | GAB |
| 07/18/2003 | 8:09:34 | SUBP | WITNESS SUBPOENA ISSUED TO W009 LARRY SALMONS | GAB |
| 07/18/2003 | 8:09:41 | SUBP | WITNESS SUBPOENA ISSUED TO W010 OTIS SALMONS(AW21) | GAB |
| 07/18/2003 | 8:09:50 | SUBP | WITNESS SUBPOENA ISSUED TO W015 ATRENA ROBINSON | GAB |
| 07/18/2003 | 8:09:58 | SUBP | WITNESS SUBPOENA ISSUED TO W016 CAROLYN HOWARD | GAB |
| 07/18/2003 | 8:10:11 | SUBP | WITNESS SUBPOENA ISSUED TO W017 NATALIE HOWARD | GAB |
| 07/29/2003 | 2:03:29 | CH01 | DEFENDANT SENTENCED ON: 07/24/2003       (AR05) | DBH |
| 07/29/2003 | 2:03:30 | CH01 | PREL FEE PROVISION ORDERED BY THE COURT  (AR05) | DBH |
| 07/29/2003 | 2:03:31 | CH01 | 3CVC PROVISION ORDERED BY THE COURT      (AR05) | DBH |
| 07/29/2003 | 2:03:32 | CH01 | COST PROVISION ORDERED BY THE COURT      (AR05) | DBH |
| 07/29/2003 | 2:03:33 | CH01 | TOTAL CONFINEMENT: 20 YEARS              (AR05) | DBH |
| 07/29/2003 | 2:03:34 | CH01 | IMPOSED CONFINEMENT: 20 YEARS            (AR05) | DBH |
| 07/29/2003 | 2:03:35 | CH01 | SENTENCE TO BEGIN ON: 07/24/2003         (AR05) | DBH |
| 07/29/2003 | 2:03:36 | CH01 | JAIL CREDIT: 525 DAYS                    (AR05) | DBH |
| 07/29/2003 | 2:03:37 | CH01 | 3CVC AMOUNT ORDERED: $100.00             (AR05) | DBH |
| 07/29/2003 | 2:03:38 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 07/29/2003 | 2:03:39 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 07/29/2003 | 2:03:40 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 07/29/2003 | 2:03:41 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 07/29/2003 | 2:03:42 | CH01 | RCUP AMOUNT ORDERED: $150.00             (AR05) | DBH |
| 07/29/2003 | 2:03:43 | CH01 | CVCC PROVISION ORDERED BY THE COURT      (AR05) | DBH |
| 07/29/2003 | 2:04:28 | D001 | PAYMENT DUE DATE SET TO: 08/01/2005      (FE52) | DBH |
| 07/29/2003 | 2:05:09 | TRSC | TRANSCRIPT OF RECORD ISSUED: 07/29/2003  (AR08) | DBH |
| 09/12/2005 | 12:45:00 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 09/13/2005 | AOC |
| 10/24/2006 | 4:35:25 | TEXT | MOTION FOR MODIFICATION/AMENDED SENTENCE | TOR |

**END OF THE REPORT**