IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOVITO BEBMARCUS WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. |
| ) | 2:07-CV-327-ID |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF SERVICE

Come Respondents, by the Attorney General for the State of Alabama, and, gives notice that Petitioner's counsel's name inadvertently was not noted on the certificate of service in Respondents' Answer; nevertheless, on today, May 3, 2007, a copy of Respondents' Answer is being placed in the U.S. mail addressed to Robert Troy Teague, Esq. as counsel for Petitioner.

Respectfully submitted,

TROY KING, ASB #KIN047
*Attorney General*
By-

/s/Robin D. Scales
*Assistant Attorney General*
Robin D. Scales
ID #BLE002

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Jovito Bebmarcus White, AIS# 230417, P.O. Box 1107, Elmore, AL  36503-4000</u> and <u>Robert Troy Teague, Esq., 906 S. Perry St. 201, Montgomery, AL  36104</u>.

                                                        Respectfully submitted,

                                                        /s/Robin D. Scales (BLE002)
Robin D. Scales (BLE002)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: rscales@ago.state.al.us

264728/107889-001