IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOVITO BEBMARCUS WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:07cv327-ID |
| | )                    (WO) |
| STATE OF ALABAMA, *et al.,* | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On July 10, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, which Recommendation is hereby adopted, it is ORDERED that the instant § 2254 petition for habeas corpus relief be and the same is hereby DENIED and that this case be and the same is hereby DISMISSED with prejudice.

It is further CONSIDERED and ORDERED that all costs be and the same are hereby taxed against the petitioner.

Done this 3rd day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE